# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ROBERT DARRELL CARTER**                                        **PLAINTIFF**

**VS.**                          **2:18-CV-00020-BRW**

**ALVIN HONEYCUTT,** *ET AL.*                                    **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED.

I certify that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith.

IT IS SO ORDERED this 6th day of February, 2018.

                                                  /s/ Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE